Division, Fourth Department. May 28, 1907.) Action by Cezum Wilbur against the Rochester Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and KRUSE, JJ., dissent.

WILHELM, Respondent, v. FULLER & WARREN CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Walter L. Wilhelm against the Fuller & Warren Company. No opinion. Judgment and order unanimously affirmed, with costs.

WILKENFELD v. ISAACSON. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Hirsch Wilkenfeld against Pincus Isaacson. No opinion. Motion denied, on terms stated in order. Order filed.

WILSON, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Francis Wilson against Samuel Collins. No opinion. Motion for leave to appeal to the Court of Appeals denied.

WILSON, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Lillian V. K. Wilson against John C. Wilson, Jr. G. M. Leventritt, for appellant. P. A. McManus, for respondent. No opinion. Order modified, as directed in order entered, and, as modified, affirmed, without costs. Order filed.

WINEBURGH, Plaintiff, v. DEMBITZER, Defendant. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Michael Wineburgh against Louis Dembitzer. E. J. Myers, for plaintiff. B. F. Einstein, for defendant.

PER CURIAM. Exceptions overruled, and motion for new trial denied, with costs. Settle order on notice.

INGRAHAM, J., dissents.

WINTER, Appellant, v. CITY OF NIAGARA FALLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by Albert J. Winter against the city of Niagara Falls. No opinion. Motion for leave to appeal to the Court of Appeals granted; the question to be certified for review to be settled by and before Mr. Justice Spring on two days' notice.

WISE, Appellant, v. TUBE BENDING MACH. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by James B. Wise against the Tube Bending Machine Company.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over, upon payment of the costs of the demurrer and of this appeal.

ROBSON, J., not voting.

WOLFSON, Respondent, v. SIMON, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Philip Wolfson against William Simon. Solon J. Liebeskind, for appellant. David Bernstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WOOD v. GOULEY et al. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Howard O. Wood against Joseph F. J. Gouley and others. No opinion. Motion denied.

WOOD et al., Respondents, v. SCOTTISH UNION & NATIONAL INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by George E. Wood and another against the Scottish Union & National Insurance Company. E. J. Nathan, for appellant. A. L. Davis, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re WOODBURY'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) In the matter of the estate of Margaret A. L. Woodbury, deceased. No opinion. Motion to dismiss appeal granted, with costs.

WOODRUFF et al., Respondents, v. LUEBBERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by Fred C. Woodruff and others against Ernest H. Luebbers, Jr.

PER CURIAM. Order modified, so as to require the bill of particulars to state the time or times, and particular place or places, and at least one person who was present when plaintiff claims the slanderous words were spoken, and, as modified, affirmed, without costs of this appeal to either party.

ROBSON, J., not sitting.

WOODRUFF, Appellant, v. SQUIER, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Amos E. Woodruff against Elinor W. Squier. A. E. Woodruff, for appellant. A. F. Houghton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WRIGHT, Respondent, v. KENYON PAPER CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by John Wright against the Kenyon Paper Company and others. No opinion. Judgment and order affirmed, with costs.

WURST, Respondent, v. KEISSER, Appellant. (Supreme Court, Appellate Division,